1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GILBERT S. FIMBRES,                    Case No. CV 17-8742 CJC (SS)

12              Petitioner,        **ORDER ACCEPTING FINDINGS,**

13        v.                       **CONCLUSIONS AND**

14  W.J. SULLIVAN, Warden,         **RECOMMENDATIONS OF UNITED**

15              Respondent.        **STATES MAGISTRATE JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  Petition, all the records and files herein, and the Report and

19  Recommendation of the United States Magistrate Judge.  The time

20  for filing Objections to the Report and Recommendation has passed

21  and no Objections have been received.  Accordingly, the Court

22  accepts and adopts the findings, conclusions and recommendations

23  of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall

2    be entered dismissing this action without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5    Order and the Judgment herein on Petitioner at his current address

6    of record and on counsel for Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED:   May 18, 2018

11                                                  _____
                                                    CORMAC J. CARNEY
12                                                  UNITED STATES DISTRICT JUDGE