JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT S. FIMBRES, <br><br> Petitioner, <br><br> v. <br><br> W.J. SULLIVAN, Warden, <br><br> Respondent. | Case No. CV 17-8742 CJC (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: May 18, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE